Civil Action No.: 1:16-CV-11760-WGY

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Harvey J Berger__

was received by me on (date) _November 4, 2016_.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☒ I left the summons at the individual's residence or usual place of abode with (name) _James Garner_, Concierge
_____, a person of suitable age and discretion who resides there,
on (date) _Nov. 29, 2016_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _45.00_ for travel and $ _N/A_ for services, for a total of $ _45.00_____.

I declare under penalty of perjury that this information is true.

_11/29/2016_
Date

_Server's Signature_

_Derrick Hughes, Constable_
Printed name and title

_P.O. Box 256109 Dorchester, MA 02125-6109_
Server's Address

Additional information regarding attempted service, etc: After identifying myself as a Constable, presenting my badge, the Concierge would not allow me to go to Apartment 34E, Harvey J Berger's apartment at 2 Avery Street, Boston, MA 02111.